UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

MARIMED SHIPPING INC.                      :

               Plaintiff,              :

   - against -                                    :

EFE DENIZCILIK SANAYI TICARET        :
LIMITED SIRKETI a/k/a EFE SHIPPING
INDUSTRY TRADE CO. LTD.                 :

             Defendant.            :
-------------------------------------------------X

USD...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 CV 8743 (CM)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
        November 5, 2007

By:      _____
Lauren C. Davies (LD1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
ldavies@tisdale-law.com

U.S.D.J.

11/5/07